# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA IN THE                           NO. 2023 KW 1215
INTEREST OF D.M.

**JANUARY 18, 2024**

---

In Re:   D.M., applying for supervisory writs, City Court of
         East St. Tammany, Parish of St. Tammany, No. 23JP1021.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.**

JMG
WRC
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT